**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

(**HON. JEFFREY T. MILLER**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-2969-JM |
| Plaintiff, ) | |
| ) | ORDER GRANTING JOINT |
| ) | MOTION TO CONTINUE |
| v. ) | SENTENCING HEARING |
| ) | [Docket No. 24] |
| **CARLOS VILLASENOR,** ) | |
| Defendants. ) | |

Upon the joint motion of counsel (Docket No. 24) and for good cause shown, **IT IS HEREBY ORDERED** that the sentencing hearing for defendant, CARLOS VILLASENOR, currently scheduled for January 23, 2009, at 9:00 a.m., be continued to *February 20, 2009, at 9:00 a.m.*

**SO ORDERED.**

DATED: January 22, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge